**Dismissed and Memorandum Opinion filed December 9, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00561-CV

## ZAMIR INVESTMENTS, INC., Appellant

## V.

## BLACKBOARD INSURANCE CO. AND SHANNON COOK, Appellees

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-46009**

### MEMORANDUM OPINION

This is an appeal from an order signed September 7, 2021. The notice of appeal was filed October 6, 2021. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On November 4, 2021, this court ordered appellant to pay the appellate filing fee on or before November 19, 2021, or the appeal would be dismissed.

Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.